Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

ORIGINAL

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

RANDY KENT WEILAND
LINDA LEE WEILAND

Debtor(s).

Case No.: 6:09-bk-31685-SB

NOTICE OF CONTINUED HEARING

Hearing Date: 11/10/2009
Hearing Time: 3:00 pm
Courtroom: 301
3420 Twelfth Street, Riverside, CA 92501

NOTICE IS HEREBY GIVEN: The debtor's motion to value real property ("lien strip") set for October 22, 2009 at 3:00 p.m. has been continued to Tuesday, November 10, 2009 at 3:00 P.M. Judge Bufford requires the appearance of the movant or an attorney on behalf of the moving party. Debtor's counsel is responsible for serving any additional notice on any interested party if such notice is required by local or federal bankruptcy rules.

Date: 10/23/2009

_____
Rod Danielson, Chapter 13 Trustee

FG:182

| In re: **RANDY KENT WEILAND** | **Chapter: 13** |
| LINDA LEE WEILAND | |
| Debtor(s) | Case Number: **6:09-bk-31685-SB** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **Notice of Continued Hearing on Debtor's motion to value real property/lien strip** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____10-26-09_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

RANDY KENT WEILAND  
LINDA LEE WEILAND  
22966 WINDWOOD LANE  
WILDOMAR, CA 92595

DOAN LAW FIRM, LLP  
25401 CABOT ROAD  
SUITE 119  
LAGUNA HILLS, CA 92653

☐ Service Information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**(Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10-26-09 | Susan Jones | /s/ Susan Jones |
| Date | Type Name | Signature |

FG:173-POS