**Rod Danielson, Chapter 13 Standing Trustee**
4361 Latham Street, Suite 270, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:09-bk-31685-CB   AS OF 4/1/2010**

RANDY KENT WEILAND
LINDA LEE WEILAND
22966 WINDWOOD LANE
WILDOMAR, CA  92595

| | |
|---|---:|
| FILING DATE: | 09/15/2009 |
| 1ST MEETING DATE: | 10/21/2009 |
| CONFIRMATION DATE: | 10/22/2009 |
| TERM OF PLAN: | 60 MONTHS |
| PERCENT TO UNSECURED: | 24.00 |
| MONTHLY PLAN PMT AMT: | $1,400.00 |
| GROSS RECEIPTS: | $8,255.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $4,953.14 |
| FEES PAID TO ATTY: | $0.00 |
| FEES PAID TO TRUSTEE: | $501.86 |
| REFUNDS TO DEBTORS: | $0.00 |
| BALANCE ON HAND: | $2,800.00 |

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---:|---|---:|
| 03/22/2010 | $1,400.00 | 04/2010 | $0.00 |
| 02/18/2010 | $1,400.00 | 03/2010 | $1,400.00 |
| 02/12/2010 | $1,400.00 | 02/2010 | $2,800.00 |
| 01/04/2010 | $1,400.00 | 01/2010 | $1,400.00 |
| 11/18/2009 | $1,400.00 | 12/2009 | $0.00 |
| 10/26/2009 | $1,255.00 | 11/2009 | $1,400.00 |
| | | 10/2009 | $1,255.00 |
| | | 09/2009 | $0.00 |
| | | 08/2009 | $0.00 |
| | | 07/2009 | $0.00 |
| | | 06/2009 | $0.00 |
| | | 05/2009 | $0.00 |

**CURRENT CASE DISPOSITION:**
ACTIVE

| CLAIM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---:|---:|---:|---:|---:|
| ATTY | DOAN LAW FIRM, LLP | ATTORNEY FEE | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0001 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $3,866.00 | $3,866.66 | $0.00 | $0.00 | $928.00 |
| 0002 | Capital 1 Bank | UNSECURED | 0.00 | $4,816.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $8,875.00 | $8,875.45 | $0.00 | $0.00 | $2,130.11 |
| 0004 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $7,531.00 | $7,531.78 | $0.00 | $0.00 | $1,807.63 |
| 0005 | GE CONSUMER FINANCE | UNSECURED | 0.00 | $8,099.00 | $8,099.32 | $0.00 | $0.00 | $1,943.84 |
| 0006 | Hsbc/rs | UNSECURED | 0.00 | $14,965.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0007 | SALLIE MAE | UNSECURED | 0.00 | $8,984.00 | $9,349.69 | $0.00 | $0.00 | $2,243.93 |
| 0008 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $3,040.00 | $3,040.23 | $0.00 | $0.00 | $729.66 |
| 0009 | NATIONAL CAPITAL MANAGEMENT | UNSECURED | 0.00 | $4,873.00 | $4,873.80 | $0.00 | $0.00 | $1,169.71 |
| 0010 | Evon J. Flaig | SECURED | 0.00 | $41,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | LITTON LOAN SERVICING LP | MORTGAGE ARREARS | 0.00 | $22,200.00 | $23,092.68 | $4,845.25 | $0.00 | $18,247.43 |
| 0012 | DON KENT, TREASURER-TAX COLLECTOR | SECURED | 0.00 | $2,000.00 | $4,173.60 | $0.00 | $0.00 | $0.00 |
| 0013 | Wachovia Dealer Service | SECURED | 0.00 | $7,726.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0014 | Wachovia Bank, NA | UNSECURED | 0.00 | $145,902.00 | $146,052.64 | $0.00 | $0.00 | $35,052.63 |
| 0015 | GE CONSUMER FINANCE | UNSECURED | 0.00 | $0.00 | $357.46 | $0.00 | $0.00 | $85.79 |
| 0016 | PORTFOLIO RECOVERY ASSOCIATES | UNSECURED | 0.00 | $0.00 | $456.44 | $0.00 | $0.00 | $109.55 |
| 0017 | WORLDMARK BY WYNDHAM | SECURED | 0.00 | $0.00 | $9,459.06 | $107.89 | $0.00 | $9,351.17 |

**TOTAL PRINCIPAL BALANCE OWED*:     $73,799.45**

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.  IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.